IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID EUGENE PARKER,

   Petitioner,

     v.

CEDRIC TAYLOR
WARDEN; ET AL,

   Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-3539-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the Petition as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of May, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Parker\r&r.wpd